IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

GERARD WILLIAM DELELLIS,

     Appellant,

v.

     Case No.  5D21-2891
     LT Case No. 2015-CF-003090-A

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed May 3, 2022

3.850 Appeal from the Circuit Court
for Seminole County,
William S. Orth, Judge.

Gerard William Delellis, Daytona
Beach, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Deborah A.
Chance, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

     AFFIRMED.

EVANDER, EDWARDS and WOZNIAK, JJ., concur.